

ACCEPTED
15-25-00027-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/1/2025 1:48 PM
CHRISTOPHER A. PRINE
CLERK

816 Congress Avenue, Suite 1900
Austin, Texas 78701
512.322.5800
512.472.0532 f
lglawfirm.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/1/2025 1:48:35 PM
CHRISTOPHER A. PRINE
Clerk

Mr. Parker's Direct Line: (512) 322-5878
Email: jparker@lglawfirm.com

April 1, 2025

*Via e-filing*

Mr. Christopher A. Prine
Court of Appeals
Fifteenth District of Texas
P.O. Box 12852
Austin, Texas 78711

> Re:    Court of Appeals No.:      15-25-00027-CV
>       Trial Court Case No.:     D-1-GN-24-006854
>
> Nicholas Kreines, David P. Ryan, Liberty Mineral Partners LLC, NAK Resources, Inc., and CGR Oil and Gas, LLC
> v. ES3 Minerals, LLC

Dear Mr. Prine:

Please allow this notice to advise the Court and all counsel that I will be on vacation from July 4-27, 2025. I would ask that no litigation matters (including, but not limited to oral argument) be set during that time. Please file this letter among the papers of this appeal to serve as a vacation notice.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

*James F. Parker*

James F. Parker

JFP/cad

cc:    All Counsel of Record
      (via efile)

Lloyd Gosselink Rochelle & Townsend, P.C.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of James Parker
Bar No. 24027591
cdaniels@lglawfirm.com
Envelope ID: 99136813
Filing Code Description: Letter
Filing Description: Correspondence from James F. Parker re vacation notice
Status as of 4/1/2025 1:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Steven Garrett | | steven@boulettegolden.com | 4/1/2025 1:48:35 PM | NOT SENT |
| Tori B.Bell | | tori@boulettegolden.com | 4/1/2025 1:48:35 PM | NOT SENT |
| Michael D.Marin | | mmarin@boulettegolden.com | 4/1/2025 1:48:35 PM | NOT SENT |
| Sydney P.Sadler | | ssadler@lglawfirm.com | 4/1/2025 1:48:35 PM | NOT SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 4/1/2025 1:48:35 PM | NOT SENT |
| James F.Parker | | jparker@lglawfirm.com | 4/1/2025 1:48:35 PM | NOT SENT |